

**FILED**
DEC 16 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0123 KJM-2 |
| Plaintiff, | UNDER SEAL |
| v. | [PROPOSED] ORDER SEALING DOCUMENTS AS SET FORTH IN UNITED STATES' NOTICE |
| FRANCISCO MADRIGAL MAGANA, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representations contained in the United States' Request to Seal and the facors set forth in *Oregonian Publ'g Co. v. U.S. Dist. Ct for Dist. of Or.*, 920 F.2d 1462, 1466 (9th Cir. 1990), IT IS HEREBY ORDERED that the three-page document pertaining to defendant Francisco Madrigal Magana, and the United's States' Request to Seal shall be SEALED until further notice of this Court.

It is further ordered that access to the sealed documents shall be limited to the United States and counsel for the defendant.

Dated: 12/16/19

_____
The Honorable Kimberly J. Mueller
UNITED STATES DISTRICT JUDGE